U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 23 2014

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

MELVIN THORNTON                         CIVIL ACTION NO. 3:14-cv-2398
LA. DOC #351810
VS.                                     SECTION P

                                        JUDGE DONALD E. WALTER

WARDEN BURL CAIN                        MAGISTRATE JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition be deemed a successive petition for writ of *habeas corpus* and that it be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 23 day of Oct, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE